United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-10821
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CLINTON JENNINGS also known as, Gato also known as, Blacc
Gato

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
----------------------

Before WIENER, BENAVIDES, AND STEWART, Circuit Judges.[*]

PER CURIAM:

IT IS ORDERED that the appellee's unopposed motion to vacate

sentence and remand for resentencing is granted.

_____

[*]Pursuant to 5th Cir. R 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.